JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
JIM W. FANG
Assistant United States Attorney
501 Las Vegas Blvd. South, Ste. 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: jim.fang@usdoj.gov
*Attorneys for the United States of America*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RANDALL ERVIN VENERABLE,<br><br>Defendant. | Case No. 2:18-cr-104-RFB-GWF<br><br>**Stipulation to Reduce Sentence** |

It is hereby stipulated and agreed, by and between Jason M. Frierson, United States Attorney, and the Director of the Federal Bureau of Prisons (BOP), through Jim W. Fang, Assistant United States Attorney, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Defendant Randall Ervin Venerable, that the parties respectfully move the Court, pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), to modify Venerable's term of imprisonment to time-served. Consequently, Venerable voluntarily moves to dismiss his pending Emergency Motion for the Court's Intervention and Assistance, ECF No. 64, as moot. In support, the parties stipulate to the following:

1.  On April 2, 2019, Venerable pleaded guilty to two counts of distribution of methamphetamine, one count of possession with intent to distribute heroin, one count of possession with intent to distribute methamphetamine, one count of possession of a firearm

in furtherance of a drug trafficking offense, and one count of possession with intent to distribute cocaine.

2.  On July 18, 2019, the Court sentenced Venerable to a 180-month term of imprisonment followed by a five-year term of supervised release, and a $600 special assessment.

3.  Venerable has a projected Good Conduct time release date of January 10, 2031.

4.  Venerable, age 58, is diagnosed with stage IV high grade soft tissue sarcoma with metastasis to the lung and abdomen. On August 22, 2024, an oncologist noted that he is not a surgical candidate and that based on his aggressive disease process the treatment focus will be palliative in nature and not curative. Venerable remains generally independent with his Activities of Daily Living and Instrumental Activities of Daily Living and requires a wheelchair. According to the oncologist, his prognosis is poor with a life expectancy of less than 18 months.

5.  If the Court grants the sentence reduction, Venerable plans to reside with his wife in Las Vegas, Nevada. The U.S. Probation Office for the District of Nevada has approved the release plan.

6.  Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), the Court, upon motion of the Director of the BOP, may modify a term of imprisonment upon the finding that "extraordinary and compelling reasons" exist to warrant a reduction. Specifically, U.S.S.G. § 1B1.13(b)(1)(A) states there exists an extraordinary and compelling reason to grant relief if "the defendant is suffering from a terminal illness (*i.e.*, a serious and advanced illness with an end-of-life trajectory)."

7. Prior to his Emergency Motion, Venerable sought to obtain a sentence reduction through the administrative process with the BOP. During the process, the BOP sought the United States Attorney's position regarding a potential release. The United States Attorney opposed release, opining that Venerable's criminal history and ever-escalating criminal behavior over the period of decades weigh against release.

8. Nevertheless, on November 6, 2024, the Director of the BOP requested the United States Attorney to file a motion on her behalf to reduce Venerable's term of imprisonment to time-served, stating that Venerable's terminal medical condition constitutes "extraordinary and compelling reasons" warranting the requested reduction. Based on the Director's recommendation, the United States Attorney has reconsidered his opposition to release. Upon further consultation with defense counsel, the parties agree to file this stipulation.

9. Accordingly, the parties respectfully and jointly move the Court to grant the requested sentence reduction. Venerable also respectfully moves to dismiss his Emergency Motion, ECF No. 64, as moot.

10. If the Court grants the sentence reduction, Venerable would not, however, be subject to complete release, as he would begin serving the five-year term of supervised release previously imposed by the Court.

DATED this 7th day of November, 2024.

JASON M. FRIERSON
United States Attorney

 s/Jim W. Fang                              s/ Heidi A. Ojeda
JIM W. FANG                                 HEIDI A. OJEDA
Assistant United States Attorney            Assistant Federal Public Defender
*Counsel for the United States*             *Counsel for Venerable*

3

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RANDALL ERVIN VENERABLE,<br><br>Defendant. | Case No. 2:18-cr-104-RFB-GWF |

**ORDER**

Based on the pending Stipulation between the defense and the government, and good cause appearing therefore,

IT IS HEREBY ORDERED that Venerable's term of imprisonment is reduced to time-served;

IT IS FURTHER ORDERED that Venerable shall be released from the custody of the Federal Bureau of Prisons as soon as his medical condition permits, the release plan is implemented, and necessary arrangements can be made;

IT IS FURTHER ORDERED that upon his release from the custody of the Federal Bureau of Prisons, Venerable shall begin serving the five-year term of supervised release previously imposed; and

IT IS FURTHER ORDERED that Venerable's voluntary motion to dismiss his pending Emergency Motion for the Court's Intervention and Assistance, ECF No. 64, as moot is hereby GRANTED.

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge
Dated 11/8/2024

4